IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DOUGLAS TORRENS, | ) |
|     Plaintiff, | ) |
| v. | ) NO. 3:19-cv-00434 |
| | ) JUDGE RICHARDSON |
| BONNIE JACKS, et al., | ) |
|     Defendants. | ) |

## **ORDER**

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 32), to which no Objections have been timely filed.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985)); *Hart v. Bee Property Mgmt.*, Case No. 18-cv-11851, 2019 WL 1242372, at *1 (E.D. Mich. March 18, 2019)  The district court is not required to review, under a *de novo* or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, Case No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

The Court has reviewed the Report and Recommendation and the file.  The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 22) is **GRANTED**, and this action is **DISMISSED with prejudice** for failure to exhaust administrative remedies and failure to establish the elements of an Eighth Amendment violation claim.

The Clerk is directed to close the file. This Order shall constitute a final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE